**Dismiss and Opinion Filed November 18, 2020**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-20-00953-CR**

_____

**VICTOR JEWELL BLACK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F09-62734-Y**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Evans
Opinion by Justice Pedersen, III

Victor Jewell Black is attempting to appeal the trial court's order denying his

October 21, 2020 "Motion for Release of Forensic's Report of State's Exhibit -14 –

Knife."

Generally, this Court has jurisdiction to consider appeals by criminal

defendants only after a judgment of conviction. *Gutierrez v. State*, 307 S.W.3d 318,

321 (Tex. Crim. App. 2010); *see Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—

Dallas 1998, no pet.) (appellate courts may consider appeals by criminal defendants

only after conviction or entry of appealable order); *Rabbani v. State*, 494 S.W.3d

778, 780 (Tex. App.—Houston [14th Dist.] 2016, pet. ref'd) (same). There are a few

very limited exceptions to this general rule. *See Wright*, 969 S.W.2d at 589. In the absence of an appealable judgment or order, we are without jurisdiction to hear an appeal.

Black had the right to appeal the November 22, 2010 written judgment of conviction, and he exercised that right. *See Black v. State*, No. 05-10-01558-CR, 2012 WL 26501, at *2 (Tex. App.—Dallas, Jan. 25, 2012, pet. ref'd) (mem. op., not designated for publication). The trial court's order denying Black's request for a copy of a report that was neither offered nor admitted as evidence at trial is not an order from which the Texas Legislature has authorized an appeal.

Under these circumstances, we have no other option than to dismiss this appeal for want of jurisdiction.

/Bill Pedersen, III//

200953f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)

BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

VICTOR JEWELL BLACK,
Appellant

No. 05-20-00953-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District
Court No. 7, Dallas County, Texas
Trial Court Cause No. F09-62734-Y.
Opinion delivered by Justice
Pedersen, III. Justices Partida-
Kipness and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 18th day of November, 2020.